UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NOORULLAH FAYAZI, | Case No.: 2:25-cv-02480-APG-DJA |
| Petitioner, | **Order Granting Petition for Writ of Habeas Corpus** |
| v. | [ECF No. 4] |
| THE UNITED STATES OF AMERICA, et al., | |
| Respondents. | |

Noorullah Fayazi, a native of Afghanistan, was ordered removed from the United States by an Immigration Judge. That judge granted Mr. Fayazi's application for deferral of removal under the Convention Against Torture as to Afghanistan. Thus, Mr. Fayazi cannot be deported to his home country. 8 C.F.R. § 208.16. The United States has not been able to identify a third country who would accept Mr. Fayazi. Mr. Fayazi has been held in post-removal immigration custody for at least nine months.

Mr. Fayazi filed a Petition for Writ of Habeas Corpus seeking his immediate release from custody under *Zadvydas v. Davis*, 533 U.S. 678 (2001). ECF No. 4. The Respondents agree that the government cannot provide an anticipated timeframe for Mr. Fayazi's removal. ECF No. 12 at 2. Thus, there is no "significant likelihood of removal in the reasonably foreseeable future." 533 U.S. at 701. The United States agrees that, under *Zadvydas*, Mr. Fayazi's Petition should be granted.

I THEREFORE ORDER that Mr. Fayazi's Petition for Writ of Habeas Corpus **(ECF No. 4) is granted.** I declare that Mr. Fayazi's ongoing detention violates the Due Process Clause of the Fifth Amendment.

I FURTHER ORDER respondent John Mattos to release Mr. Fayazi from the custody of CoreCivic by noon on Friday, January 23, 2026. The Respondents must transport Mr. Fayazi to 501 Las Vegas Blvd South, Las Vegas, Nevada by 3:00 p.m. PST on Friday, January 23, 2026. Mr. Fayazi will be subject to reasonable conditions of supervision to be imposed by Immigration and Customs Enforcement pursuant to 8 U.S.C. § 1231(a)(3).

I FURTHER ORDER that the Respondents are permanently enjoined from further unlawful detention of Mr. Fayazi under *Zadvydas v. Davis*, 533 U.S. 678 (2001) or any other applicable law.

DATED this 22nd day of January, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE